**AO 450 (Rev. 5/85) Judgment in a Civil Case

## UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

Troy A. Carte, *et al.*,

    vs.                                Case No. 2:21-cv-5651

American Electric Power Service Corporation, *et al.*,        **Judge Michael H. Watson**

[] **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[] **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.**  This action was decided by the Court without a trial or hearing.

IT IS ORDERED AND ADJUDGED that pursuant to the August 16, 2022 Opinion and Order, Defendants' motion is GRANTED. Plaintiffs' claims are DISMISSED WITHOUT PREJUDICE.

Date: **August 16, 2022**        **Richard Nagel, Clerk**

                                                      s/ Jennifer Kacsor

                                                  By Jennifer Kacsor/Courtroom Deputy